UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
SYED JAVED and ANEELA WASIF,

                        Plaintiff,                    JUDGMENT
                                                           15-cv-7424(FB)(ST)

     - against –

MEDGAR EVERS COLLEGE OF THE CITY
UNIVERSITY OF NEW YORK, JAMES HAGGARD,
Deputy CIO; CLAUDIA COLBERT, as former
Chief Information Officer; EDI RUIZ, as current
Chief Information Officer; and TANYA ISAACS,
Director of Human Resources being sued Individually
as employees of defendant MEDGAR EVERS COLLEGE
OF THE CITY UNIVERSITY OF NEW YORK,

                        Defendants.
------------------------------------------------------------ X

        A Memorandum & Order of Honorable Frederic Block, United States District Judge, having been filed on September 29, 2017, dismissing all of Plaintiff's claims with prejudice; and granting Defendants' motion to dismiss in its entirety; it is

        ORDERED and ADJUDGED that all of Plaintiff's claims are dismissed with prejudice; and that Defendants' motion to dismiss is granted in its entirety.

Dated: Brooklyn, NY                                                Douglas C. Palmer
September 29, 2017                                          Clerk of Court

                                                        By:    */s/Jalitza Poveda*
                                                                    Deputy Clerk